FILED

2025 DEC 22 AM 9:42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: [signature]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

United States of America PLAINTIFF(S)

v.

Margaret Fowler DEFENDANT(S).

CASE NUMBER MJ 25-07901

DECLARATION RE OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: The Honorable Mitchell D. Dembin
in the Southern District of California on 4/3/2025
at 1:00 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 2/22/2024
in violation of Title 21 U.S.C., Section(s) 841(a)(1), 841(b)(1)(A)(viii) 853
to wit: Conspiracy to Distribute Meth & Criminal Forfieture

A warrant for defendant's arrest was issued by: The Honorable Mitchell D. Dembin

Bond of $ ______ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/22/25
Date

[signature]
Signature of Agent

Ashley Anderson
Print Name of Agent

FBI
Agency

Special Agent
Title