FILED

2025 DEC 22 AM 9:42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA v. PLAINTIFF | CASE NUMBER MJ 25-07901 |
| Margaret Fowler USMS# DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 12/22/2025 ☒ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:

   21 USC 841, 846, 853 Conspiracy to distribute Meth & Criminal Forfeiture

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: 
7. Year of Birth: 1967
8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: Phone Number: 
9. Name of Pretrial Services Officer notified: 
10. Remarks (if any): 
11. Name: Ashley Anderson (please print)
12. Office Phone Number: 571-456-5582
13. Agency: FBI
14. Signature: [signature]
15. Date: 12/22/2025