UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

v.

Margaret Fowler

DEFENDANT.

☑ LA ☐ RS ☐ SA DATE FILED: 12/22/2025

CASE NUMBER: 2:25-mj-07901-DUTY ☐ Under Seal

INIT. APP. DATE: 12/22/2025 TIME: 1:30 PM

CHARGING DOC: Out of District Affidavit

DEFENDANT STATUS: In Custody

☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT

VIOLATION: 21:841

COURTSMART/REPORTER: 12/22/2025

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Alicia G. Rosenberg

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Karl Lozada — *Deputy Clerk*; Frances Lewis — *Assistant U.S. Attorney*; n/a — *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☑ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Hannah Alice Bogen ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution Ordered (see separate order) ☐ Special appearance by: _____ ☐ CJA 1-Day Provisional Appt _____

☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☑ Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ _____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☑ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at _____ in Los Angeles

☐ Post-Indictment Arraignment set for: _____ at _____ in Los Angeles

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☑ Defendant executed Waiver of Rights. ☑ Process received.

☑ Court ORDERS defendant Held to Answer to Southern District of California

☐ Bond to transfer, if bail is posted. Defendant to report on or before _____

☑ Warrant of removal and final commitment to issue. Date issued: 12/22/2025 By CRD: kl

☐ Warrant of removal and final commitment are ordered stayed until _____.

☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM

☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge. Proceedings will be held in the ☐ Duty Courtroom ☐ Judge's Courtroom _____

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (*if issued using Release Book*: Release Order No. _____ ).

☑ Other: Government moves to UNSEAL this hearing only is GRANTED. Redacted Indictment provided to the Court and defendant by the Government.

***RECEIVED:*** ☑ **PSA** ☐ **PROBATION** ☑ **FINANCIAL** ☑ **CR-10** ☑ **READY**

Deputy Clerk Initials kl

: 20